W. REUBEN RUDD v. R. L. HOLMES.

(Filed 12 November, 1930.)

APPEAL by defendant from *Schenck, J.,* at August Term, 1930, of GUILFORD. No error. See 196 N. C., 640.

*H. R. Stanley for plaintiff.*
*John W. Hester and T. Glenn Henderson for defendant.*

PER CURIAM. We have examined the exceptions of the appellant and have discovered no error which entitles him to a new trial.
No error.